UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(CHIEF JUDGE LARRY ALAN BURNS)

| UNITED STATES OF AMERICA, | ) | Criminal No. 18CR3485-LAB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Order Granting Joint Motion to Amend Judgment (CR 119) |
| LANCE LAMONT LAVERT, | ) | |
| Defendant. | ) | |

Good cause stated and based on the parties' joint motion, the judgment is hereby amended and the supervised release term for Count III is reduced to five years. All other terms and conditions remain in effect.

So ordered

Dated: September 20, 2019

*signature*

The Honorable Larry Alan Burns
Chief United States District Judge